United States District Court
Southern District of Texas

**ENTERED**

March 20, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Amber Baquer, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 4:22-cv-02183 |
| | § | |
| Martin O'Malley, | § | |
| Commissioner of Social | § | |
| Security Administration, | § § | |
| *Defendant.* | § § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered on March 20, 2024 (Dkt. 18), it is hereby **ORDERED** and **ADJUDGED** that the decision of the Commissioner of the Social Security Administration denying Plaintiff Amber Baquer's request for benefits is **AFFIRMED**.

It is further **ORDERED** that this case is **DISMISSED**.

This is a final, appealable judgment.

Signed on March 20, 2024, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge